

Taiwan                            )
City of Taipei                    )
American Institute in Taiwan      )      ss:
Taipei Office                     )


I, Caleb K. Mak, hereby depose and say as follows:

1.  I am employed by the American Institute in Taiwan and am presently stationed at the American Institute in Taiwan, Taipei Office, Consular Section, American Citizen Services Unit.

2.  In the absence of diplomatic relations, unofficial commercial, cultural and other relations between the people of the United States and the people of Taiwan are conducted by the American Institute in Taiwan, an unofficial organization funded by Congress.

3.  The American Institute in Taiwan ("AIT"), a nonprofit entity incorporated under the laws of the District of Columbia, is authorized to assist and "... protect the interests of United States persons by performing acts such as are authorized to be performed outside the United States for consular purposes by such laws of the United States as the President may specify." See 22 U.S.C. 3305, 3306(a)(3). The judicial assistance acts of AIT personnel parallel the acts performed by U.S. consular officers under 28 U.S.C. 1781(a)(2). See 22 C.F.R. 92.54, 92.66.

4.  Pursuant to Section 10(a) of the Taiwan Relations Act, 22 U.S.C. 3309(a), Taipei Economic and Cultural Representative Office (TECRO) is the instrumentality established by the people on Taiwan having the necessary authority under the laws of Taiwan to take actions on behalf of Taiwan in accordance with the Taiwan Relations Act (22 U.S.C. 3301 et seq. (Section 1-204, Ex. Or. No. 12143 of 6/22/79, 44 Fed Reg 37191.)

5.  Officers of AIT follow the guidelines for performance of consular services set forth in 22 C.F.R. Part 92 and Volume 7 of the U.S. Department of State's Foreign Affairs Manual ("FAM"). 7 FAM Chapter 900 governs the performance of services related to international judicial assistance.

6.  22 U.S.C. 3306(b) provides that acts performed by authorized employees of AIT under 22 U.S.C. 3306 are valid, and of like force and effect within the United States, as if performed by any other person authorized under the laws of the United States to perform such acts.

7.  Letters rogatory issued by a tribunal in the United States requesting international judicial assistance from Taiwan are transmitted, pursuant to

28 U.S.C. 1781(a)(2) to the foreign tribunal, officer, or agency to whom it is addressed through AIT. AIT transmits the request to TECRO, which forwards it to the appropriate Taiwan authority in a position to assign the request to a tribunal for execution. The executed request is received by AIT from TECRO and returned to the requesting tribunal in the United States.

8.   On July 25, 2016, AIT received two sets of letters rogatory and accompanying documents requesting judicial assistance in the matter of United States v. Univar America Inc., Case No.: 15-00215 (Ct. Int'l Trade), to obtain evidence from High Trans Corp. (HTC). On July 29, 2016, AIT transmitted these to TECRO for action.

9.   On October 12, 2016, AIT received a communication from TECRO stating that the service has been effected on August 22, 2016 by the Taiwan Taipei District Court. The statement provided by High Trans Corp. (HTC) was included with the letter from the court.

I declare under penalty of perjury that the foregoing is true and correct.



Caleb K. Mak
Consular Officer

Executed in Taipei, Taiwan
On November 18, 2016

The foregoing Unsworn Declaration Under Penalty of Perjury was executed in accordance with 28 U.S.C. 1746.

北美事務協調委員會
駐美國台北經濟文化代表處總部

NOV - 2 2016

*Coordination Council for North American Affairs*
*Headquarters for*
*Taipei Economic and Cultural Representative Office in the U. S.*
*(TECRO)*
*133 BoAi Road, Taipei, Taiwan, Republic of China*
*Tel: 23119212  Fax: 23822651*

Ref No: TECRO 10558018380

October 31, 2016

Ms. Lara Harris
Chief
Consular Section
American Institute in Taiwan
Taipei Office
7, Lane 134, Xinyi Road, Sec. 3
Taipei 10659

Dear Ms. Harris,

In reply to AIT/T's letter (AIT-0585-2016) dated July 28, 2016 regarding evidence-taking from High Trans Corp. (HTC), I am writing to forward to you a copy of a letter from 宏俊實業股份有限公司 ( High Trans Corporation ) and the certificate of service from Taiwan Changhua District Court for your reference.

Sincerely yours,

*Eric Tsao*

Eric Tsao
Chief
Administrative Division

Encls : a/s

RECEIVED
NOV 03 2016

# 臺灣彰化地方法院　函

地　　址：彰化縣員林市中山路2段240號
傳　　真：04-8376933
承 辦 人：黃當易
聯絡電話：04-8343171轉3204

受文者：外交部條約法律司

發文日期：中華民國壹零伍年玖月廿日 發文
發文字號：彰院勝民數105年度助字第6號
速別：
密等及解密條件或保密期限：
附件：

主旨：檢送貴司撕辦代美國國際貿易法院向ＨＴＣ即宏俊實業股
　　　份有限公司執行證據調取事宜，茲檢送該案之審理單影本
　　　、送達證書正本、及宏俊實業股份有限公司就該詢問事項
　　　回覆之函文正本，請查照。

說明：依貴司105年8月11日條法制第10524071990號函辦理。

正本：外交部條約法律司（台北市凱達格蘭大道2號）
副本：

院長　紀文勝

法官　彙弼周　決行

第1頁（共1頁）

第 一 頁

外交部條約法司 10524086610

散股

# 臺灣彰化地方法院民事事件審理單

| 案號 | 105年度助字第 6 號 | 案由 | 美州法院囑託調查証據 |
|---|---|---|---|

| 庭期 | 民國 105年 9 月 20日 下午 5時 0分 | 類別 | ☐準備程序　☐勘驗、測量<br>☐言詞辯論　☑訊問<br>☐調解<br>☐其他： |
|---|---|---|---|

**應通知**

証人：賴冠甫即宏俊實業股份有限公司負責人
住：彰化縣員林市員水路一段253號1樓　　105.8.22

**其他應辦事項**

1 請賴冠甫於八五內提出 國際司法協助　105.8.22
函Ⅱ (P.4) 之文件

2 訊問事項 請先做成詢問筆錄

| 審判長<br>法官<br>司法事務官<br>交辦日期 | 法官<br>105.8.18<br>康鵠周 | 書記官<br>辦訖日期 | 書記官<br>105.8.22<br>張西武 |
|---|---|---|---|

# 臺灣彰化地方法院送達證書

股別：**數** 股

| 應受送達人姓名地址 | 郵遞區號：510<br>住彰化縣員林市員水路1段253號1樓<br>證人　1　賴冠甫即宏俊實業股份有限公司負責人　先生/女士 | | |
|---|---|---|---|
| 案　號<br>案　由 | 105年度助字第6號<br>美洲法院囑託調查證據 | | |
| 送達文書 | 中華民國105年9月20日下午5時整　第十一法庭訊問通知書一件。<br>請詳閱背面附件辦理。 | | |
| 送達人注意 | 一、依下述送達方法送達者，送達人應即將本送達證書，提出於法院附卷。<br>二、無法依下述送達方法送達者，送達人應作記載該事由之報告書，提出於法院附卷，<br>　　並繳回應送達之文書。 | | |

| （由送達人在□上劃∨號選記） | □已將文書付與應受送達人： | □本　人（簽名蓋章或按指印）： | 冠甫 林 |
|---|---|---|---|
| | □未獲會晤本人，已將文書交與有辨別事理能力之同居人或受僱人： | □同居人（簽名蓋章或按指印）：<br>□受僱人：<br>※送達人應註記收領人之姓名<br>（以正楷填記） | 宏俊實業股份有限公司 |
| | □應受送達之本人、同居人或受僱人，收領後拒絕或不能簽名、蓋章或按指印，由送達人記明其事由於右欄： | ※送達人填記 | |
| | □應受送達之本人、同居人或受僱人，無法律上之理由拒絕收領，經送達人將文書留置於送達處所，以為送達： | □本人<br>□同居人（姓名）<br>□受僱人（姓名） | 拒絕受領 |
| | □未獲會晤本人亦無受領文書之同居人或受僱人，已將該送達文書<br>□應受送達之本人、同居人或受僱人，無法律上之理由拒絕受領，並有難於留置情事，已將該送達文書 | 寄存於下列之一處所，並製作送達通知書兩份，一份黏貼於應受送達人住居所、事務所、營業所或其就業處所門首，另一份置於該送達處所信箱或其他適當位置，以為送達（請擇一打∨）。<br>□寄存於　派出所　　或警察所。<br>□寄存於　鄉（鎮市）區公所。<br>□寄存於　鄉（鎮市）區　村（里）辦公處。 | |

| （由郵局收寄人員填寫） | 原寄郵局日戳 | 送達郵局日戳 |
|---|---|---|
| 郵件種類：<br>掛號號碼： | 105.8.22<br>（由司法警察送達時免蓋） | （由司法警察送達時免蓋） |
| 送達處所 | 510　送達時間 | 送達人簽章 |
| ☑同上記載地址<br>□改送<br>（送達人務請填記） | 中華民國　105年8月2日<br>上午　時　分<br>下午　時　分<br>（送達人請填記） | 林 |
| 列印日期：105年8月22日 | 彰化地方法院民事紀錄科 | 此證書由送達人填寫 |

請於送達後將本證書交回臺灣彰化地方法院　　　　　股別：**數** 股

附件：

請於 15 日內提出以下文件：1.於 2004 年至 2012 年間所有宏俊寶業與黃先生、Lung Huang Trading 或 Long Hwang Chemical(中文名稱均為：儂誠興業有限公司)間，與銷售宏俊寶業所產糖精有關之往來通訊，包含電子郵件、傳真及其他文件。2.於 2004 年至 2012 年間所有黃先生與 Univar 任何職員，就糖精之銷售或出口之往來通訊，包含電子郵件、傳真及其他文件。

公司地址：高雄市大社區旗楠路 115 號

聯絡人及電話：賴冠甫 (07)351-1595

傳真：(07)352-3950

受文者：彰化地方法院民事庭

（民事科 股別：數股）分機 3204



發文日期：中華民國 105 年 08 月 31 日

主旨：回覆彰化地方法院民事庭通知之"105 年度助字第 6 號 HTC 即宏俊實業股份有

限公司"通知書之內文回覆，敬請貴司查照。

說明：

一、 應貴司通知書之內文表示須回覆於 2004 年至 2012 年間宏俊實業與儀誠興業有

限公司間，銷售往來之通訊、電子郵件、傳真及其他文件及 2004 年至 2012 年

間所有黃先生與 UNIVAV 任何職員就糖精之銷售或出口往來通訊，包含電子郵

件、傳真及其他文件之內容。

二、 經本公司（宏俊實業）就公司內近十年（民國 105 年至 94 年間），依法所保存之

會計交易相關文件查詢後，發現目前本公司並無與儀誠興業有限公司及黃先生

之相關交易記錄及往來資料。敬請查照

附件：

請於 15 日內提出以下文件：1.於 2004 年至 2012 年間所有宏俊寶業與黃先生、Lung Huang Trading 或 Long Hwang Chemical(中文名稱均為：儂誠興業有限公司)間，與銷售宏俊寶業所產糖精有關之往來通訊，包含電子郵件、傳真及其他文件。2.於 2004 年至 2012 年間所有黃先生與 Univar 任何職員，就糖精之銷售或出口之往來通訊，包含電子郵件、傳真及其他文件。

北美事務協調委員會
駐美國台北經濟文化代表處總部
Coordination Council for North American Affairs
Headquarters for
Taipei Economic and Cultural Representative Office in the U. S.
(TECRO)
133 BoAi Road, Taipei, Taiwan, Republic of China
Tel: 23119212   Fax: 23822651

NOV – 2 2016

Ref No: TECRO 10558018380

October 31, 2016

Ms. Lara Harris
Chief
Consular Section
American Institute in Taiwan
Taipei Office
7, Lane 134, Xinyi Road, Sec. 3
Taipei 10659

Dear Ms. Harris,

In reply to AIT/T's letter (AIT-0585-2016) dated July 28, 2016 regarding evidence-taking from High Trans Corp. (HTC), I am writing to forward to you a copy of a letter from 宏俊實業股份有限公司（High Trans Corporation）and the certificate of service from Taiwan Changhua District Court for your reference.

Sincerely yours,

Eric Tsao

Eric Tsao
Chief
Administrative Division

Encls : a/s

RECEIVED
NOV 03 2016



**STI**

# CERTIFICATION

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD  20850

P: 301.424.7737

F: 301.424.2336

This is to certify that the attached English language

document, identified as <u>STI 128613 Final Letter Reogatory</u>

<u>Response - Huang  ENG,</u> is a true and accurate translation of

the original Chinese language document to the best of our

knowledge and belief.

Executed this 19th day
of January, 2017

*Jamila Ellis*

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the
accuracy of each translation, but shall not be held liable for damages
due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com



## STI

# CERTIFICATION

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

This is to certify that the attached English language

document, identified as <u>STI 128613 U.S. vs Univar America</u>

<u>Inc (for High Trans Corp)  ENG,</u> is a true and accurate

translation of the original Chinese language document to the

best of our knowledge and belief.

Executed this 19th day
of January, 2017

*Jamila Ellis*

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com

A Letter from the Taiwan Changhua District Court

Address: No. 240 Chung-Shan Rd., Sec.2, Yuan-lin City, Changhua County
Fax: 04-8376933
Person handling this case: Tang-yih Huang
Telephone: 04-8343171, Ext. 3204

To: Department of Treaty and Legal Affairs under the Ministry of Foreign Affairs

Issue date: Issued on September 20, 2016
Issue number: No.6 [assistance] file in 2016 of the Changhua District Court [Seng]
[illegible]:
Confidentiality class and conditions for lifting of confidentiality or period of confidentiality:
Attachment(s):

Subject: Please find the attached documents for the matter regarding obtaining evidence from High Trans Corp. (HTC) on behalf of the United States Court of International Trade. We enclose a single copy of the proceeding of this case, the original copy of the certificate of service, and the original copy of the response from HTC to the court's questions. Please check these documents.

Note: This case has been handled pursuant to Rule 10524071990 issued by your department on August 11, 2016

Original documents: Department of Treaty and Legal Affairs under the Ministry of Foreign Affairs (2, Kaitakelan Blvd., Taipei City)

Copies:

President Wen-seng Chi

Implemented by Judge Bi-chou Kang

外交部權法司 10524086610

Department of Treaty and Legal Affairs under the Ministry of Foreign Affairs
several divisions

1

| Taiwan Changhua District Court Civil Case Proceeding Record | | | |
|---|---|---|---|
| Case Number | No.6 [assistance] file in 2016 | Cause of Case | A United States court has requested assistance to obtain evidence for an investigation |
| Court Date | At 5:00pm on September 20, 2016 | Type | ☐ Preparation procedure<br><br>☐ Investigation and measurement<br><br>☐ Oral argument<br>☑ Examination<br><br>☐ Mediation<br><br>☐ Other: |
| Person Who Should Be Informed | Witness: Guan-fu Lai, the representative of HTC<br><br>Address: 1F, No. 253, Yuanshui Road, Section 1, Yuanlin City, Changhua County<br><br>August 22, 2016 | | |
| Other Matters That Should Be Handled | 1. Please ask Guan-fu Lai to provide the original copy of the international legal assistance letter II (P.4) within 15 days [Stamp: August 22, 2016]<br><br>2. Please take a pretrial deposition first for the questions asked | | |
| Chief Judge<br>Judge<br>Judicial officer<br>Assigned date | [Stamp: Judge<br>August 18, 2016<br>Bi-chou Kang] | Clerk<br><br>Settled date | [Stamp: Clerk<br>August 22, 2016<br>Xi-wu Chang] |

Certificate of Service from the Taiwan Changhua District Court

Type of division: **Several** divisions

| Name and Address of the Individual Served | | Postal Code: 510<br><br>Address: 1F, No. 253, Yuanshui Road, Section 1, Yuanlin City, Changhua County<br><br>Witness: Mr./Ms. Guan-fu Lai, the representative of HTC | |
|---|---|---|---|
| Case Number<br><br>Cause of Case | | No.6 [assistance] file in 2016<br><br>A United States court has requested assistance to obtain evidence for an investigation | |
| Service of Documents | | At 5:00pm on September 20, 2016<br>An examination notice from the No.11 court<br>Please read the details on the back to handle this. | |
| Notes for server | | 1. If server uses the following means for service of documents, then server should submit this certificate of service to the court for filing purposes.<br>2. If server can't execute service through following means of service, then server should record the reason for unexecuted service, submit this report to the court for filing purposes, and return the documents that can't be served. | |
| Means of Service | (Server Should Put a √ Mark on the Chosen Means of Service) | ☑ I have already served the documents on the individual served: | ☑ Individual (signature, seal, or fingerprint):<br>Guan-fu Lai |
| | | □ I didn't meet the individual served, so I have already left the documents at the individual's residence with a person of suitable age and capability who resides there or a person hired there | □ Person who resides there<br><br>□ Person who is hired there<br><br>(signature, seal, or fingerprint) |
| | | | ※ Server should identify the name of the person accepting the documents (write in print): High Trans Corp. |
| | | □ If the individual who should be served, a person who resides in the residence of the individual, or a person who is hired there refuses or can't put his/her signature, seal, or fingerprint on the certificate of service after receiving the documents, then server should write down his/her reason on the right column: | ※ This section should be completed by server: |

| | | □ Since the individual who should be served, a person who resides in the residence of the individual, or a person who is hired there refused to accept the documents served without legal reasons, server left the documents at the place of service, and service is effectuated: | □ Individual<br><br>□ Person who resides there (name)<br><br>□ Person who is hired there (name)<br><br>Refused to accept service of the documents |
|---|---|---|---|
| | | □ Since server didn't meet the individual or there was no other person residing there or hired there, the documents have already been served to:<br><br>□ Since the individual who should be served, a person who resides in the residence of the individual, or a person who is hired there refused to accept the documents served without legal reasons and also there existed circumstances under which service couldn't be effectuated by leaving documents at the place of service, the documents have already been served to: | Service is effectuated by leaving the documents at one of the following places and sending two copies of service notice. One copy was posted on the door of the residence, firm, business location, or work place of the individual served, while the other copy was left in the mailbox or other proper locations of the place of service. (Please choose one and put a √ mark there)<br><br>□ Documents have been left at police station or police office<br><br>□ Documents have been left at town (county) hall<br><br>□ Documents have been left at town (county) or village office |

| (This section should be completed by a post office worker receiving the documents) | Original mailing date | Date of receiving the documents by the post office |
|---|---|---|
| Mail type:<br><br>Registered mail number: | Yuanlin<br>August 22, 2016<br>510<br><br>(If the documents are served by a police officer, then there is no need to put a seal here) | (If the documents are served by a police officer, then there is no need to put a seal here) |
| Place of service | Time of service | Signature/seal of server |
| □ Same with the address recorded above<br><br>□ Change the place of service to: | At 10:30am on August 23, 2016 | |

| (This section should be completed by server) | (This section should be completed by server) | |
|---|---|---|
| Printing date: August 22, 2016 Changhua District Court | Civil Record Division at the | This certificate of service is returned by server<br><br>Yuanlin<br>Zi 007 |

[Seal: Investigation 621]

Please return this certificate of service to the Taiwan Changhua District Court after service of documents.

Type of division: Several divisions

[TN: End of source page 4]

Company's address: No. 115, Qinan Rd., Dashe District, Kaohsiung City

Contact and Telephone: Guan-fu Lai, (07) 351-1595

Fax: (07) 352-3950

To: Civil Court within the Changhua District Court

(Civil affairs section, type of division: several divisions) Extension: 3204

[Stamp: Document-receipt seal of the Taiwan Changhua District Court

At 10:00 am on September 6, 2016

Received by [illegible] Chen, 12115

No. _____ file (Xun)]

[Stamp: (illegible words) of the Taiwan Changhua District Court

At 14:00 on September 6, 2016

Received by Chia-hsin Wei

No.___ file]

Issue Date: August 31, 2016

Subject: Please find the response to the "No.6 [assistance] file in 2016 in connection with a notice to HTC [High Trans Corps.]" from the Civil Court within the Changhua District Court

[Stamp: Judge

September 7, 2016

Bi-chou Kang]

Explanations:

1. According to the notice from your department, we should provide all correspondences, emails, faxes, and any other document between HTC and Lung Huang Trading or Long Hwang Chemical between 2004 and 2012 for related sales, along with all correspondences, including emails, faxes, and any other document, between Mr. Huang and any Univar employee regarding the sale or exportation of saccharin between 2004 and 2012.

2. Please note that after reviewing related accounting or transaction documents kept by our company (HTC) according to law in the last 10 years (between 2005 and 2016), we

notice that our company currently doesn't have any record or communication about the transactions with Lung Huang Trading, Long Hwang Chemical, or Mr. Huang.

[TN: End of source page 5]

A17-0585 - 2016

Taiwan                              )
City of Taipei                      )
American Institute in Taiwan        )    ss:
Taipei Office                       )

I, Caleb K. Mak, hereby depose and say as follows:

1.  I am employed by the American Institute in Taiwan and am presently stationed at the American Institute in Taiwan, Taipei Office, Consular Section, American Citizen Services Unit.

2.  In the absence of diplomatic relations, unofficial commercial, cultural and other relations between the people of the United States and the people of Taiwan are conducted by the American Institute in Taiwan, an unofficial organization funded by Congress.

3.  The American Institute in Taiwan ("AIT"), a nonprofit entity incorporated under the laws of the District of Columbia, is authorized to assist and "... protect the interests of United States persons by performing acts such as are authorized to be performed outside the United States for consular purposes by such laws of the United States as the President may specify." See 22 U.S.C. 3305, 3306(a)(3). The judicial assistance acts of AIT personnel parallel the acts performed by U.S. consular officers under 28 U.S.C. 1781(a)(2). See 22 C.F.R. 92.54, 92.66.

4.  Pursuant to Section 10(a) of the Taiwan Relations Act, 22 U.S.C. 3309(a), Taipei Economic and Cultural Representative Office (TECRO) is the instrumentality established by the people on Taiwan having the necessary authority under the laws of Taiwan to take actions on behalf of Taiwan in accordance with the Taiwan Relations Act (22 U.S.C. 3301 et seq. (Section 1-204, Ex. Or. No. 12143 of 6/22/79, 44 Fed Reg 37191.)

5.  Officers of AIT follow the guidelines for performance of consular services set forth in 22 C.F.R. Part 92 and Volume 7 of the U.S. Department of State's Foreign Affairs Manual ("FAM"). 7 FAM Chapter 900 governs the performance of services related to international judicial assistance.

6.  22 U.S.C. 3306(b) provides that acts performed by authorized employees of AIT under 22 U.S.C. 3306 are valid, and of like force and effect within the United States, as if performed by any other person authorized under the laws of the United States to perform such acts.

7.  Letters rogatory issued by a tribunal in the United States requesting international judicial assistance from Taiwan are transmitted, pursuant to

28 U.S.C. 1781(a)(2) to the foreign tribunal, officer, or agency to whom it is addressed through AIT. AIT transmits the request to TECRO, which forwards it to the appropriate Taiwan authority in a position to assign the request to a tribunal for execution. The executed request is received by AIT from TECRO and returned to the requesting tribunal in the United States.

8.   On July 25, 2016, AIT received two sets of letters rogatory and accompanying documents requesting judicial assistance in the matter of United States v. Univar America Inc., Case No.: 15-00215 (Ct. Int'l Trade), to obtain evidence from High Trans Corp. (HTC). On July 29, 2016, AIT transmitted these to TECRO for action.

9.   On October 12, 2016, AIT received a communication from TECRO stating that the service has been effected on August 22, 2016 by the Taiwan Taipei District Court. The statement provided by High Trans Corp. (HTC) was included with the letter from the court.

I declare under penalty of perjury that the foregoing is true and correct.



Caleb K. Mak
Consular Officer

Executed in Taipei, Taiwan
On November 18, 2016

The foregoing Unsworn Declaration Under Penalty of Perjury was executed in accordance with 28 U.S.C. 1746.

北美事務協調委員會
駐美國台北經濟文化代表處總部
*Coordination Council for North American Affairs*
*Headquarters for*
*Taipei Economic and Cultural Representative Office in the U. S.*
*(TECRO)*
*133 BoAi Road, Taipei, Taiwan, Republic of China*
*Tel: 23119212   Fax: 23822651*

NOV - 2 2016

Ref No: TECRO 10558018380

October 31, 2016

Ms. Lara Harris
Chief
Consular Section
American Institute in Taiwan
Taipei Office
7, Lane 134, Xinyi Road, Sec. 3
Taipei 10659

Dear Ms. Harris,

In reply to AIT/T's letter (AIT-0585-2016) dated July 28, 2016 regarding evidence-taking from High Trans Corp. (HTC), I am writing to forward to you a copy of a letter from 宏俊實業股份有限公司（High Trans Corporation）and the certificate of service from Taiwan Changhua District Court for your reference.

Sincerely yours,

*Eric Tsao*

Eric Tsao
Chief
Administrative Division

Encls : a/s

RECEIVED
NOV 03 2016

A Letter from the Taiwan Changhua District Court

Address: No. 240 Chung-Shan Rd., Sec.2, Yuan-lin City, Changhua County
Fax: 04-8376933
Person handling this case: Tang-yih Huang
Telephone: 04-8343171, Ext. 3204

To: Department of Treaty and Legal Affairs under the Ministry of Foreign Affairs

Issue date: Issued on September 20, 2016
Issue number: No.6 [assistance] file in 2016 of the Changhua District Court [Seng] [illegible]:
Confidentiality class and conditions for lifting of confidentiality or period of confidentiality:
Attachment(s):

Subject: Please find the attached documents for the matter regarding obtaining evidence from High Trans Corp. (HTC) on behalf of the United States Court of International Trade. We enclose a single copy of the proceeding of this case, the original copy of the certificate of service, and the original copy of the response from HTC to the court's questions. Please check these documents.

Note: This case has been handled pursuant to Rule 10524071990 issued by your department on August 11, 2016

Original documents: Department of Treaty and Legal Affairs under the Ministry of Foreign Affairs (2, Kaitakelan Blvd., Taipei City)

Copies:

President Wen-seng Chi

Implemented by Judge Bi-chou Kang

Department of Treaty and Legal Affairs under the Ministry of Foreign Affairs
several divisions

1

| Taiwan Changhua District Court Civil Case Proceeding Record | | | |
|---|---|---|---|
| Case Number | No.6 [assistance] file in 2016 | Cause of Case | A United States court has requested assistance to obtain evidence for an investigation |
| Court Date | At 5:00pm on September 20, 2016 | Type | ☐ Preparation procedure<br><br>☐ Investigation and   measurement<br><br>☐ Oral argument<br>☑ Examination<br>☐ Mediation<br><br>☐ Other: |
| Person Who Should Be Informed | Witness: Guan-fu Lai, the representative of HTC<br><br>Address: 1F, No. 253, Yuanshui Road, Section 1, Yuanlin City, Changhua County<br><br>August 22, 2016 | | |
| Other Matters That Should Be Handled | 1.  Please ask Guan-fu Lai to provide the original copy of the international legal assistance letter II (P.4) within 15 days [Stamp: August 22, 2016]<br><br>2.  Please take a pretrial deposition first for the questions asked | | |
| Chief Judge<br>Judge<br>Judicial officer<br>Assigned date | [Stamp: Judge<br>August 18, 2016<br>Bi-chou Kang] | Clerk<br><br>Settled date | [Stamp: Clerk<br>August 22, 2016<br>Xi-wu Chang] |

Certificate of Service from the Taiwan Changhua District Court

Type of division: **Several** divisions

| Name and Address of the Individual Served | | Postal Code: 510 | |
|---|---|---|---|
| | | Address: 1F, No. 253, Yuanshui Road, Section 1, Yuanlin City, Changhua County | |
| | | Witness: Mr./Ms. Guan-fu Lai, the representative of HTC | |
| Case Number | | No.6 [assistance] file in 2016 | |
| Cause of Case | | A United States court has requested assistance to obtain evidence for an investigation | |
| Service of Documents | | At 5:00pm on September 20, 2016<br>An examination notice from the No.11 court<br>Please read the details on the back to handle this. | |
| Notes for server | | 1. If server uses the following means for service of documents, then server should submit this certificate of service to the court for filing purposes.<br>2. If server can't execute service through following means of service, then server should record the reason for unexecuted service, submit this report to the court for filing purposes, and return the documents that can't be served. | |
| Means of Service | (Server Should Put a √ Mark on the Chosen Means of Service) | ☑ I have already served the documents on the individual served: | ☑ Individual (signature, seal, or fingerprint): Guan-fu Lai |
| | | □ I didn't meet the individual served, so I have already left the documents at the individual's residence with a person of suitable age and capability who resides there or a person hired there | □ Person who resides there<br><br>□ Person who is hired there<br><br>   (signature, seal, or fingerprint) |
| | | | ※ Server should identify the name of the person accepting the documents (write in print): High Trans Corp. |
| | | □ If the individual who should be served, a person who resides in the residence of the individual, or a person who is hired there refuses or can't put his/her signature, seal, or fingerprint on the certificate of service after receiving the documents, then server should write down his/her reason on the right column: | ※ This section should be completed by server: |

| | | | |
|---|---|---|---|
| | | □ Since the individual who should be served, a person who resides in the residence of the individual, or a person who is hired there refused to accept the documents served without legal reasons, server left the documents at the place of service, and service is effectuated: | □ Individual<br><br>□ Person who resides there (name)<br><br>□ Person who is hired there (name)<br><br>Refused to accept service of the documents |
| | | □ Since server didn't meet the individual or there was no other person residing there or hired there, the documents have already been served to:<br><br>□ Since the individual who should be served, a person who resides in the residence of the individual, or a person who is hired there refused to accept the documents served without legal reasons and also there existed circumstances under which service couldn't be effectuated by leaving documents at the place of service, the documents have already been served to: | Service is effectuated by leaving the documents at one of the following places and sending two copies of service notice. One copy was posted on the door of the residence, firm, business location, or work place of the individual served, while the other copy was left in the mailbox or other proper locations of the place of service. (Please choose one and put a √ mark there)<br><br>□ Documents have been left at police station or police office<br><br>□ Documents have been left at town (county) hall<br><br>□ Documents have been left at town (county) or village office |
| (This section should be completed by a post office worker receiving the documents) | | Original mailing date | Date of receiving the documents by the post office |
| Mail type:<br><br>Registered mail number: | | Yuanlin<br>August 22, 2016<br>510<br><br>(If the documents are served by a police officer, then there is no need to put a seal here) | (If the documents are served by a police officer, then there is no need to put a seal here) |
| Place of service | | Time of service | Signature/seal of server |
| □ Same with the address recorded above<br><br>□ Change the place of service to: | | At 10:30am on August 23, 2016 | |

| (This section should be completed by server) | (This section should be completed by server) | |
|---|---|---|
| Printing date: August 22, 2016 Changhua District Court | Civil Record Division at the | This certificate of service is returned by server<br><br>Yuanlin<br>Zi 007 |

[Seal: Investigation 621]

Please return this certificate of service to the Taiwan Changhua District Court after service of documents.

Type of division: Several divisions

[TN: End of source page 4]

Company's address: No. 115, Qinan Rd., Dashe District, Kaohsiung City

Contact and Telephone: Guan-fu Lai, (07) 351-1595

Fax: (07) 352-3950

To: Civil Court within the Changhua District Court

(Civil affairs section, type of division: several divisions) Extension: 3204

[Stamp: Document-receipt seal of the Taiwan Changhua District Court

At 10:00 am on September 6, 2016

Received by [illegible] Chen, 12115

No. _____ file (Xun)]

[Stamp: (illegible words) of the Taiwan Changhua District Court

At 14:00 on September 6, 2016

Received by Chia-hsin Wei

No.___ file]

Issue Date: August 31, 2016

Subject: Please find the response to the "No.6 [assistance] file in 2016 in connection with a notice to HTC [High Trans Corps.]" from the Civil Court within the Changhua District Court

[Stamp: Judge

September 7, 2016

Bi-chou Kang]

Explanations:

1. According to the notice from your department, we should provide all correspondences, emails, faxes, and any other document between HTC and Lung Huang Trading or Long Hwang Chemical between 2004 and 2012 for related sales, along with all correspondences, including emails, faxes, and any other document, between Mr. Huang and any Univar employee regarding the sale or exportation of saccharin between 2004 and 2012.

2. Please note that after reviewing related accounting or transaction documents kept by our company (HTC) according to law in the last 10 years (between 2005 and 2016), we

notice that our company currently doesn't have any record or communication about the transactions with Lung Huang Trading, Long Hwang Chemical, or Mr. Huang.

[TN: End of source page 5]

*A17-0585 - 2016*

| Taiwan | ) |  |
|---|---|---|
| City of Taipei | ) |  |
| American Institute in Taiwan | ) | ss: |
| Taipei Office | ) |  |

I, Caleb K. Mak, hereby depose and say as follows:

1. I am employed by the American Institute in Taiwan and am presently stationed at the American Institute in Taiwan, Taipei Office, Consular Section, American Citizen Services Unit.

2. In the absence of diplomatic relations, unofficial commercial, cultural and other relations between the people of the United States and the people of Taiwan are conducted by the American Institute in Taiwan, an unofficial organization funded by Congress.

3. The American Institute in Taiwan ("AIT"), a nonprofit entity incorporated under the laws of the District of Columbia, is authorized to assist and "... protect the interests of United States persons by performing acts such as are authorized to be performed outside the United States for consular purposes by such laws of the United States as the President may specify." See 22 U.S.C. 3305, 3306(a)(3). The judicial assistance acts of AIT personnel parallel the acts performed by U.S. consular officers under 28 U.S.C. 1781(a)(2). See 22 C.F.R. 92.54, 92.66.

4. Pursuant to Section 10(a) of the Taiwan Relations Act, 22 U.S.C. 3309(a), Taipei Economic and Cultural Representative Office (TECRO) is the instrumentality established by the people on Taiwan having the necessary authority under the laws of Taiwan to take actions on behalf of Taiwan in accordance with the Taiwan Relations Act (22 U.S.C. 3301 et seq. (Section 1-204, Ex. Or. No. 12143 of 6/22/79, 44 Fed Reg 37191.)

5. Officers of AIT follow the guidelines for performance of consular services set forth in 22 C.F.R. Part 92 and Volume 7 of the U.S. Department of State's Foreign Affairs Manual ("FAM"). 7 FAM Chapter 900 governs the performance of services related to international judicial assistance.

6. 22 U.S.C. 3306(b) provides that acts performed by authorized employees of AIT under 22 U.S.C. 3306 are valid, and of like force and effect within the United States, as if performed by any other person authorized under the laws of the United States to perform such acts.

7. Letters rogatory issued by a tribunal in the United States requesting international judicial assistance from Taiwan are transmitted, pursuant to

28 U.S.C. 1781(a)(2) to the foreign tribunal, officer, or agency to whom it is addressed through AIT. AIT transmits the request to TECRO, which forwards it to the appropriate Taiwan authority in a position to assign the request to a tribunal for execution. The executed request is received by AIT from TECRO and returned to the requesting tribunal in the United States.

8.   On July 25, 2016, AIT received two sets of letters rogatory and accompanying documents requesting judicial assistance in the matter of United States v. Univar America Inc., Case No.: 15-00215 (Ct. Int'l Trade), to obtain evidence from High Trans Corp. (HTC). On July 29, 2016, AIT transmitted these to TECRO for action.

9.   On October 12, 2016, AIT received a communication from TECRO stating that the service has been effected on August 22, 2016 by the Taiwan Taipei District Court. The statement provided by High Trans Corp. (HTC) was included with the letter from the court.

I declare under penalty of perjury that the foregoing is true and correct.



Caleb K. Mak
Consular Officer

Executed in Taipei, Taiwan
On November 18, 2016

The foregoing Unsworn Declaration Under Penalty of Perjury was executed in accordance with 28 U.S.C. 1746.



**STI**

# CERTIFICATION

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

This is to certify that the attached English language document, identified as <u>STI 128613 Final Letter Reogatory Response - Huang_ENG,</u> is a true and accurate translation of the original Chinese language document to the best of our knowledge and belief.

Executed this 19th day
of January, 2017

*Jamela Ellis*

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com



# CERTIFICATION

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

This is to certify that the attached English language document, identified as STI 128613 U.S. vs Univar America Inc (for High Trans Corp) ENG, is a true and accurate translation of the original Chinese language document to the best of our knowledge and belief.

Executed this 19th day
of January, 2017

*Jamila Ellis*

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.