**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     v.<br><br>UNIVAR USA INC.,<br><br>          Defendant. | Before: Mark A. Barnett, Judge<br>Court No. 15-00215 |

**ORDER OF REFERRAL TO MEDIATION**

Upon consideration of all papers filed in this case and after consultation with the Parties, it is hereby

**ORDERED** that, pursuant to Rule 16.1, this case is referred to mediation. Judge Leo M. Gordon has agreed to serve as the Judge Mediator and will facilitate all sessions of mediation. The parties have a maximum of twenty-one (21) days in which to conclude the mediation process. Notwithstanding any provision of USCIT Rule 16.1 or the Guidelines for Court-Annexed Mediation ("Mediation Guidelines"), this case shall **NOT** be stayed during mediation and all deadlines established by the court leading up to and including the commencement of trial remain in effect; and it is further

**ORDERED** that all deadlines and filing requirements contained in the Mediation Guidelines are waived except to the extent that any such requirements are established by Judge Gordon in consultation with the Parties; and it is further

**ORDERED** that unless a settlement is reached within the mediation period and a Stipulation of Dismissal or Stipulated Judgment filed, which disposes of the case with respect to all parties and all claims, this case shall remain on the active calendar without further direction from the Court.

                                                                      /s/     Mark A. Barnett
                                                                                    Judge

Dated: March 12, 2019
       New York, New York