FORM SCP 4-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>v.<br><br>UNIVAR USA INC.,<br><br>                    Defendant. | BEFORE   HON. MARK A. BARNETT<br>Court No.:   15-CV-00215 |

### CERTIFICATION OF SETTLEMENT EFFORTS

The undersigned lead counsel for the parties hereby certify that:

1. They conferred **by telephone** [*in person / by telephone*] on **March 13, 2019** [*date*], to discuss in good faith the settlement of this case.

2. Stephen Tosini, Reta Bezak, Currita Waddy, attorneys for plaintiff; Craig Martin, Sara Horton-Tonnies, attorneys for defendant.

   [*Names and position titles of all persons participating*]
   participated in the settlement conference.

3. Counsel conferred with their clients concerning settlement.

4. At the conference, counsel discussed settlement alternatives, identified obstacles to settlement, and considered options for resolving them (including possible use of mediation).

Submitted this **21st** day of **March**, 20**19**.

/s/ Stephen C. Tosini
_____
Counsel for Plaintiff

/s/ **Craig C. Martin**
_____
Counsel for Defendant