## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNIVAR USA, INC.<br><br>　　　Defendant. | Before: Mark A. Barnett, Judge<br>Court No. 15-00215 |

### **ORDER**

Upon receipt of the parties' representation that they have reached an agreement to settle this matter, it is hereby

**ORDERED** that Docket Entry, ECF No. 210, setting the jury trial for April 1, 2019 and all other briefing and trial deadlines and requirements are hereby **VACATED**.

　　　　　　　　　　　　　　　　　　　　　/s/　　　Mark A. Barnett
　　　　　　　　　　　　　　　　　　　　　　　　　Judge

Dated: March 29, 2019
　　　　New York, New York