UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE MARK A. BARNETT, JUDGE

|  |  |
|---|---|
| UNITED STATES, ) | |
| Plaintiff, ) | |
| v. ) | Court No. 15-00215 |
| UNIVAR USA INC., ) | |
| Defendant. ) | |

## **ORDER**

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: _____

MARIO TOSCANO
Clerk, U. S. Court of International Trade


By: _____
     Deputy Clerk

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE MARK A. BARNETT, JUDGE

|  |  |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVAR USA INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Court No. 15-00215<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action with prejudice. Each party shall bear its own costs and attorneys' fees.

                                                        JOSEPH H. HUNT
                                                        Assistant Attorney General

                                                        JEANNE E. DAVIDSON
                                                        Director

                                                        /s/ PATRICIA M. McCARTHY
                                                        Assistant Director

                                                        /s/ STEPHEN C. TOSINI
                                                        /s/ RETA E. BEZAK
                                                        Attorneys
                                                        Department of Justice
                                                        Civil Division
                                                        Commercial Litigation Branch
                                                        PO Box 480, Ben Franklin Station
                                                        Washington, DC 20044
                                                        Tel.: (202) 616-5196
April 8, 2019                                      Attorneys for Plaintiff

|  |  |
|---|---|
| April 8, 2019 | /s/ CRAIG C. MARTIN<br>Jenner & Block LLP<br>353 N. Clark St.<br>Chicago, Illinois 60654<br>Tele: (312) 923-2776<br>Attorneys for Defendant |