UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE MARK A. BARNETT, JUDGE

| | |
|---|---|
| UNITED STATES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Court No. 15-00215 |
| UNIVAR USA INC., | ) ) ) |
| Defendant. | ) ) ) |

## **ORDER**

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

Dated:  April 8, 2019                      MARIO TOSCANO
                                               Clerk, U. S. Court of International Trade

                                               By:  /s/ Cynthia Love
                                                            Deputy Clerk

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE MARK A. BARNETT, JUDGE

|  |  |
|---|---|
| UNITED STATES,            )<br>                                    )<br>     Plaintiff,              )<br>                                    )<br>     v.                          )<br>                                    )<br>UNIVAR USA INC.,         )<br>                                    )<br>     Defendant.            )<br>                                    ) | Court No. 15-00215 |

## JOINT STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action with prejudice. Each party shall bear its own costs and attorneys' fees.

                          JOSEPH H. HUNT
                          Assistant Attorney General

                          JEANNE E. DAVIDSON
                          Director

                          /s/ PATRICIA M. McCARTHY
                          Assistant Director

                          /s/ STEPHEN C. TOSINI
                          /s/ RETA E. BEZAK
                          Attorneys
                          Department of Justice
                          Civil Division
                          Commercial Litigation Branch
                          PO Box 480, Ben Franklin Station
                          Washington, DC 20044
                          Tel.: (202) 616-5196
April 8, 2019                Attorneys for Plaintiff

|  |  |
|---|---|
|  | /s/ CRAIG C. MARTIN |
|  | Jenner & Block LLP |
|  | 353 N. Clark St. |
|  | Chicago, Illinois 60654 |
|  | Tele: (312) 923-2776 |
| April 8, 2019 | Attorneys for Defendant |